## <u>INDEX OF EXHIBITS</u>

Exhibit 1                    Opinion and Order of the Oakland Circuit Court
                             (Nov. 24, 2020)

Exhibit 2                    Email from District Court Administrator Denying
                             Request for Audio Recording (Apr. 4, 2022)

Exhibit 3                    Email from Oakland Circuit Court Denying Request
                             to Edit and Disseminate Video Recording (Apr.
                             8, 2022)