# Exhibit 2

Email from District Court Administrator Denying Request
for Audio Recording (Apr. 4, 2022)



Samantha Hallman <​                    ​>

---

## Request for Copy of Audio/Video of Public Hearing 3/5/19 for Case #18-007797-OM

**Luce, Amy** <​                    ​>                                    Mon, Apr 4, 2022 at 1:21 PM
To: "                    " <​                    ​>

Good afternoon,

Judge Asadoorian forwarded me your email, as she does not communicate directly with parties or interested parties to any past or current case.

Our court is not equipped with video recording. Further, audio recordings are not public record pursuant to the attached Local Administrative Order. If you would like to order a typed transcript of the proceeding, please contact the court at 248-853-5553.

Thank you,

Amy

Amy L. Luce, Esq.

Court Administrator

52-3 District Court

700 Barclay Circle

Rochester Hills, MI 48307

---

**From:** Samantha Hallman                    >
**Sent:** Monday, April 4, 2022 1:08 PM
**To:** Asadoorian, Lisa L <​                    ​>
**Subject:** Request for Copy of Audio/Video of Public Hearing 3/5/19 for Case #18-007797-OM

---

**CAUTION:** This message is from a sender outside of the Oakland County organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted te t hidden]

3/3/25, 10:56 AM    University of Michigan Mail - Requires Copy of Judge filed for Public hearing 2/21/25 for Case 18-007973...

Case 2:25-cv-10039-BRM-KGA    ECF No. 1-3, PageID.61    Filed 04/02/25    Page 3 of 3


**2015-01.pdf**
165K