# Exhibit 3

Email from Oakland Circuit Court Denying Request to Edit and Disseminate Video Recording (Apr. 8, 2022)

   Samantha Hallman <■■■■■■■■■■■>

# Request for permission to edit/publish hearing video
2 messages

**McMillen Chambers** <■■■■■■■■■■■>   Fri, Apr 8, 2022 at 3:27 PM
To: "■■■■■■■" <■■■■■■■>
Cc: "Oeffner, Kevin M" <■■■■■■■>

Dr. Ms. Hallman,

You may request a written transcript of any proceeding you wish, whether at the district court or the circuit court. As the official record of courtroom proceedings, the written transcript is the most appropriate means of your documenting anything that was said in a courtroom. It would be inappropriate for the record to be edited in any manner, and your request for a copy of the video for that purpose is denied for that reason, and for failure to present any extraordinary circumstances that establish a need for a copy of the video.

Judge Phyllis McMillen

6th Circuit Court

State of Michigan

1200 N Telegraph

Pontiac, MI 48341

(248) 858-0337

---

**Samantha Hallman** <■■■■■■■■■■■>   Fri, Apr 8, 2022 at 4:31 PM
To: McMillen Chambers <■■■■■■■■■■■>
Cc: "Oeffner, Kevin M" <■■■■■■■>

Dear Judge McMillen and Mr. Oeffner,

Thank you for your speedy response. Respectfully, it is unclear to me why it would be appropriate for Channel 4 News to obtain a copy of a proceeding in Judge Gorcyca's Courtroom, edit the clip to narrow it to the information most relevant to public's interest and need to be informed of current events, and publish it both on television and youtube (https://www.youtube.com/watch?v=a6ZlVRLIOts) while it would be considered to be inappropriate for me to do the same. If someone could clarify the apparent disparity in standards I would really appreciate it. Thank you for your time and have a wonderful weekend.

Sincerely,

Samantha Hallman, Ph.D.
[Quoted text hidden]