# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SAMANTHA HALLMAN,

    Plaintiff,

v.

Hon. TRAVIS REEDS, in his official capacity as Chief Judge of Michigan's 52nd District Court; Hon. LISA L. ASADOORIAN, in her official capacity as a judge of the third division of Michigan's 52nd District Court; and Hon. JEFFERY S. MATIS, in his official capacity as Chief Judge of Michigan's Sixth Circuit Court,

    Defendants.

Case No. 2:25-cv-10939

Hon. Brandy R. McMillion

## NOTICE OF APPEARANCE

Please take notice that Daniel S. Korobkin (P72842) is entering an appearance as counsel for Plaintiff in the above-captioned matter.

    Respectfully submitted,

    /s/Daniel S. Korobkin
    Daniel S. Korobkin (P72842)
    American Civil Liberties Union Fund
      of Michigan
    2966 Woodward Ave.
    Detroit, MI 48201
    (313) 578-6824
    dkorobkin@aclumich.org

Dated: April 3, 2025

1