# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SAMANTHA HALLMAN,<br><br>　　　Plaintiff,<br><br> v.<br><br>Hon. TRAVIS REEDS, et al.,<br><br>　　　Defendants. | Case No. 2:25-cv-10939<br><br>Hon. Brandy R. McMillion |

## MOTION TO WITHDRAW AS ATTORNEY

　　Daniel S. Korobkin hereby moves to withdraw as attorney for Plaintiff in the above-captioned case. Mr. Korobkin is leaving his position at the American Civil Liberties Union Fund of Michigan and will no longer be able to represent Plaintiff. Plaintiff will continue to be represented by other counsel in this matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Daniel S. Korobkin
　　　　　　　　　　　　　　　　　Daniel S. Korobkin (P72842)
　　　　　　　　　　　　　　　　　American Civil Liberties Union
　　　　　　　　　　　　　　　　　　 Fund of Michigan
　　　　　　　　　　　　　　　　　2966 Woodward Ave.
　　　　　　　　　　　　　　　　　Detroit, MI 48201
　　　　　　　　　　　　　　　　　(313) 578-6824
　　　　　　　　　　　　　　　　　dkorobkin@aclumich.org

　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: April 30, 2025