# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SAMANTHA HALLMAN,

    Plaintiff,

v.

Hon. TRAVIS REEDS, et al.,

    Defendants.

Case No. 2:25-cv-10939

Hon. Brandy R. McMillion

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

This matter having come before the Court upon Daniel S. Korobkin's Motion to Withdraw as Attorney for Plaintiff (ECF No. 11) in the above-captioned case. Plaintiff will continue to be represented by other counsel in this matter. The Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED**.

Dated: April 30, 2025

s/Brandy R. McMillion
Hon. Brandy R. McMillion
United States District Judge