UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA HALLMAN,

    Plaintiff,

v.

Case No. 2:25-cv-10939-BRM-KGA
Hon. Brandy R. McMillion

Hon. TRAVIS REEDS, in his official capacity as Chief Judge of Michigan's 52nd District Court; Hon. LISA L. ASADOORIAN, in her official capacity as a judge of the third division of Michigan's 52nd District Court; and Hon. JEFFERY S. MATIS, in his official capacity as Chief Judge of Michigan's Sixth Circuit Court,

    Defendants.

## INDEX OF EXHIBITS

## DEFENDANTS' MOTION TO DISMISS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Transcript-March 5, 2019 hearing |
| B | District Court Local Administrative Order |
| C | Circuit Court Local Administrative Order |

| | |
|---|---|
| D | Michigan Senate Bill 257 of 2023 |
| E | Request to change Circuit Court LAO |