**EXHIBIT 1**

| Alabama | Canons of Judicial Ethics 3.A 7A |
|---|---|
| Alaska | Rules of Administration 50 |
| Arizona | Rules of the Supreme Court of Arizona, Rule 122 |
| Arkansas | Arkansas Administrative Order 6 |
| California | California Rules of Court 1.150 |
| Colorado | Colorado Supreme Court Rules, Chapter 38, Rule 3 |
| Connecticut | Rules of the Superior Court 1-10 to 1-11 |
| Delaware | Operating Procedures for the Delaware Judicial Branch, Sec. VII(i) |
| Florida | Florida Rule of Judicial Administration 2.450 |
| Georgia | Supreme Court Rule 22 and OCGA 15-1-10.1 |
| Hawaii | Supreme Court Rule 5.1 and 5.2 |
| Idaho | Court Administration Rule 45 |
| Illinois | Supreme Court Rule 44 |
| Indiana | Code of Judicial Conduct 2.17 |
| Iowa | Iowa Court Rules Chapter 25 |
| Kansas | Judicial Branch Rule 1001 |
| Kentucky | Rules of the Supreme Court 11 Standards of Conduct and Technology Governing Electronic Media |
| Louisiana | RS 13:4164 |
| Maine | Supreme Judicial Court Administrative Order JB-05-15, 16 |
| Maryland | Maryland Court Rule 16-603 |
| Massachusetts | Supreme Judicial Court Rule 1:19 |
| Michigan | Michigan Court Rule 8.115 |
| Minnesota | General Rules of Practice 4 |
| Mississippi | Mississippi Court Rules for Electronic Coverage |
| Missouri | Supreme Court Administrative Rule 16 |
| Montana | Canons of Judicial Ethics 25 |
| Nebraska | Supreme Court Rules §6-2001 |
| Nevada | Supreme Court Rule 229-246 |
| New Hampshire | New Hampshire Judicial Branch Rule 1.4 |
| New Jersey | Code of Judicial Conduct 3.11 |
| New Mexico | Supreme Court General Rules 23-107 |
| New York | New York Rules of the Chief Administrative Judge Part 13 |
| North Carolina | North Carolina Rules of Court 15 |
| North Dakota | North Dakota Supreme Court Administrative Rule 21 |
| Ohio | Supreme Court Rules of Superintendence 12 |
| Oklahoma | No general rule but adopted by local district courts e.g., Rules of the 15th Judicial District 28 |
| Oregon | Oregon Court Rule 3.180 |
| Pennsylvania | 201 Pennsylvania Code Rule 1910 |

| Rhode Island | Supreme Court Article 7 |
| --- | --- |
| South Carolina | Supreme Court Rule 605 |
| South Dakota | South Dakota Code §15-24-6 |
| Tennessee | Supreme Court Rule 30 |
| Texas | Rules of Civil Procedure 18c |
| Utah | Code of Judicial Administration 4-401.01 |
| Vermont | Vermont Rules of Civil Procedure 79.2 |
| Virginia | Virginia Code §19.2 – 266 |
| Washington | General Rule 16 |
| West Virginia | West Virginia Trial Court Rules 8 |
| Wisconsin | Supreme Court Rules Chapter 61 |
| Wyoming | Supreme Court Rule 5 |

A general summary of each state's rule or statute may be found on the website of the Radio Television Digital News Association. A state-by-state guide is provided on its "Cameras in the Courts" page. https://courts.rtdna.org/index.php