UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA HALLMAN,

       Plaintiff,

v.

HON. TRAVIS REEDS, *in his official capacity as Chief Judge of Michigan's 52nd District Court*; HON. LISA L. ASADOORIAN, *in her official capacity as a judge of the third division of Michigan's 52nd District Court*; and HON. JEFFERY S. MATIS, *in his official capacity as Chief Judge of Michigan's Sixth Circuit Court*,

       Defendants.
_____/

Case No. 2:25-cv-10939

Hon. Brandy R. McMillion
United States District Judge

## **JUDGMENT**

In accordance with the October 28, 2025 Order Granting the Motion to Dismiss (ECF No. 15), **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants the Honorable Travis Reeds, the Honorable Lisa L. Asadoorian, and the Honorable Jeffery S. Matis and against Plaintiff Dr. Samantha Hallman.

                                                                                      KINIKIA ESSIX
                                                                                       CLERK OF COURT

                                                                        By:    <u>L. Hosking</u>
                                                                                        Deputy Clerk

Approved:

<u>s/Brandy R. McMillion</u>
BRANDY R. MCMILLION
United States District Judge

Dated: October 28, 2025
Detroit, Michigan