IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SAMANTHA HALLMAN,<br><br>    Plaintiff,<br><br> v.<br><br>Hon. TRAVIS REEDS, et al.,<br><br>    Defendants. | Case No. 2:25-cv-10939<br><br>Hon. Brandy R. McMillion |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS AND TO EXTEND TIME TO FILE A NOTICE OF APPEAL PURSUANT TO FED. R. APP. P. 4(a)(5)(A)(i)

Philip Mayor and Bonsitu Kitaba-Gaviglio hereby move to immediately withdraw as attorneys for Plaintiff in the above-captioned case. Undersigned counsel's engagement has ended with the Court's entry of judgment in this matter. However, Plaintiff anticipates appealing the final judgment, necessitating the immediate withdrawal of Mr. Mayor and Ms. Kitaba-Gaviglio as counsel of record.

In addition, to allow time for Plaintiff to identify alternate counsel, Plaintiff requests a 30-day extension of time, pursuant to Fed. R. App. P. 4(a)(5)(A)(i), in which to file her notice of appeal.

Undersigned counsel have contacted opposing counsel, who have indicated that they consent to this motion.

1

A proposed order granting the requested relief will be submitted via the CM/ECF utilities function.

                                        Respectfully submitted,

                                        /s/ Philip Mayor
                                        /s/ Bonsitu Kitaba-Gaviglio
                                        Philip Mayor (P81691)
                                        Bonsitu Kitaba-Gaviglio (P78822)
                                        American Civil Liberties Union
                                            Fund of Michigan
                                        2966 Woodward Avenue
                                        Detroit, MI  48201
                                        (313) 578-6800
Dated: November 20, 2025              pmayor@aclumich.org

                                        *Attorneys for Plaintiff*