UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA HALLMAN,

    Plaintiff,

v.

HON. TRAVIS REEDS, *et al.*,

    Defendants.

Case No. 2:25-cv-10939

Hon. Brandy R. McMillion

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEYS AND TO EXTEND TIME TO FILE A NOTICE OF APPEAL PURSUANT TO FED. R. APP. P. 4(a)(5)(A)(i)

This matter is before the Court upon the Motion of Philip Mayor and Bonsitu Kitaba-Gaviglio to withdraw as attorneys for Plaintiff in the above-captioned case. *See* ECF No. 23. Plaintiff has also moved, with consent of Defendants, to extend the time in which she is authorized to file a notice of appeal by 30 days, pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A)(i), to allow Plaintiff time to identify alternate counsel. *Id.*

The Court having reviewed the unopposed motion and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Mr. Mayor and Ms. Kitaba-Gaviglio are **WITHDRAWN** as counsel of record.

2

**IT IS FURTHER ORDERED** that Plaintiff's time to file a Notice of Appeal is **EXTENDED** by a period of 30 days from the date of this Order.

**IT IS SO ORDERED**.

Dated:  November 24, 2025

s/Brandy R. McMillion  
Hon. Brandy R. McMillion  
United States District Judge