UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Samantha Hallman

                Plaintiff(s),                Case No. 2:25-cv-10939

v.

Hon. TRAVIS REEDS, Hon. LISA L. ASADOORIAN, and Hon. JEFFERY S. MATIS

                Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that **Plaintiff Samantha Hallman** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on **October 28, 2025**.

Date: December 22, 2025

Counsel is: PRO SE

Samantha Hallman

721 S. Gainsborough Ave.
Royal Oak, MI 48067
samanthakhallman@gmail.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.