UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Samantha Hallman,

           Plaintiff(s),

v.

           Case No. 2:25−cv−10939−BRM−KGA
           Hon. Brandy R. McMillion

Travis Reeds, et al.,

           Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on December 23, 2025.

           KINIKIA D. ESSIX, CLERK OF COURT

           By: s/ Carolyn M Ciesla
                Deputy Clerk

Dated:   December 23, 2025