Case No. 25-2166

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

SAMANTHA HALLMAN

Plaintiff - Appellant

v.

TRAVIS REEDS, in his official capacity as Chief Judge of Michigans 52nd District Court; LISA L. ASADOORIAN, in her official capacity as a judge of the third division of Michigans 52nd District Court; JEFFERY S. MATIS, in his official capacity as Chief Judge of Michigans Sixth Circuit Court

Defendants - Appellees

Upon consideration of Grand Traverse Leelanau Antrim Bar Association's motion for leave to file an amicus brief,

It is **ORDERED** that the motion is **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: October 16, 2026

Kelly L. Stephens

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 10/16/2026.

**Case Name:** Samantha Hallman v. Travis Reeds, et al
**Case Number:** 25-2166

**Docket Text:**
ORDER filed granting Grand Traverse Leelanau Antrim Bar Association motion to file amicus brief [7516233-2]. Entered by order of the court.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Ms. Samantha Hallman
721 S. Gainsborough Avenue
Royal Oak, MI 48067

**A copy of this notice will be issued to:**

Ms. Sara Elizabeth Coulter
Ms. Kinikia D. Essix
Mr. John R. Fleming
Mr. Andrew Casey Geronimo
Mr. William H. Horton
Mr. Lawrence R. Lasusa
Ms. Sophia Miller